# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 13, 2013

147656 & (23)(24)(25)(26)(27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHRISTOPHER GILBERT, Personal
Representative of the Estate of SAGE
ELLIANA GILBERT,
       Plaintiff-Appellee,

v

    SC: 147656
    COA: 316980
    Kent CC: 12-008443-NH

KENT RADIOLOGY, P.C.,
       Defendant-Appellee,

and

TRINITY HEALTH, INC.,
       Appellant.

_____/

     On order of the Court, the motions for immediate consideration and motion to seal documents are GRANTED. The application for leave to appeal the August 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 13, 2013



h0910

Clerk